06-03-'19 22:01 FROM-  Wetzel Circuit Clerk   13044551069          T-051  P0001/0001 F-386
CASE 19-C-41        Wetzel                              PAGE 0001

CHRISTINA MARIE MURPHY MCKINNE VS. ENVIRONMENTAL RECLAMATION SOLU

LINE   DATE   ACTION

    1  05/18/19   CCIS & COMPLAINT FILED.
    2  05/20/19   SUMMONS ISSUED (ENVIRONMENTAL RECLAMATION SOLUTIONS, LLC)
    3             COPY OF SUMMONS & COMPLAINT MAILED TO S.O.S. FOR SERVICE.
    4  05/20/19   SUMMONS ISSUED (VALLIE RAY ZETTLER)
    5             COPY OF SUMMONS & COMPLAINT MAILED CERT. MAIL R/R/R FOR SERVICE.
    6  05/28/19   PROCESS "ACCEPTED FOR SERVICE OF PROCESS" BY S.O.S. ON 05/22/19
    7             FOR ENVIRONMENTAL RECLAMATION SOLUTIONS, LLC.
    8  05/23/19   CERTIFIED MAIL RETURNED FOR VALLIE RAY ZETTLER "ACCEPTED"
    9             FOR/BY ?.
   10  05/30/19   COPY OF COMPLAINT FAXED TO NATALIE WILLIAMS @ STEPTOE & JOHNSON

EXHIBIT

A